UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMOTHY COMPOLI and
COREY CARDINAL, Individually
and on behalf of others similarly situated,

    Plaintiffs,                                    Case No. 8:19-cv-01876-SDM-CPT

v.

DIGITAL CONCRETE IMAGING, INC.
and BRYAN W. BACHELLER, individually,

    Defendants.
_____/

## PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Undersigned counsel hereby discloses the following pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    a.    Timothy Compoli, Plaintiff
    b.    Corey Cardinal, Plaintiff
    c.    Wolfgang M. Florin, Counsel for Plaintiff
    d.    Christopher D. Gray, Counsel for Plaintiff
    e.    Florin Gray Bouzas Owens, LLC, Counsel for Plaintiff
    f.    Jesse I. Unruh, Counsel for Defendants
    g.    Jet Dot Law, PLCC, Counsel for Defendants
    h.    Bryan W. Bacheller, Defendant
    i.    Digital Concrete Imaging, Inc., Defendant

2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None as to the Plaintiffs.

3.)       The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

      None.

4.)       The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

      Timothy Compoli, Plaintiff
      Corey Cardinal, Plaintiff

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

**RESPECTFULLY SUBMITTED** this 27th day of August 2019

*/s/ Wolfgang M. Florin*
Wolfgang M. Florin, Esquire
Florida Bar No.: 907804
Florin Gray Bouzas Owens, LLC
16524 Pointe Village Drive, Suite 100
Lutz, FL 33558
(727) 254-5255
wolfgang@fgbolaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 27, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to: Jesse I. Unruh, Esquire, JET DOT LAW, PLCC, 12249 Science Drive, Suite 155, Orlando, Florida 32826. jesse@jet.law

      **FLORIN GRAY BOUZAS OWENS, LLC**

      **/s/Wolfgang M. Florin**
      **WOLFGANG M. FLORIN, ESQUIRE**
      Florida Bar No.: 907804

wolfgang@fgbolaw.com
**CHRISTOPHER D. GRAY, ESQUIRE**
Florida Bar No. 0902004
chris@fgbolaw.com
16524 Pointe Village Drive, Suite 100
Lutz, Florida 33558
Telephone No.: (727) 254-5255
Facsimile No.: (727) 483-7942
*Attorneys for Plaintiffs*