UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMOTHY COMPOLI and
COREY CARDINAL, Individually
and on behalf of others similarly situated,

    Plaintiffs,

v.

DIGITAL CONCRETE IMAGING, INC.
and BRYAN W. BACHELLER, individually,

    Defendants.
_____/

Case No. 8:19-cv-01876-SDM-CPT

**DEFENDANTS' CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendants, **DIGITAL CONCRETE IMAGING, INC.**, and **BRYAN W. BACHELLER**, hereby disclose the following pursuant to this Court's Interested Persons Order:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% of more of a party's stock, and all other identifiable legal entities that are related to *any* party in this case:

    **Timothy Compoli, Plaintiff**

    **Corey Cardinal, Plaintiff**

    **Wolfgang M. Florin, Counsel for Plaintiffs**

    **Christopher D. Gray, Counsel for Plaintiffs**

1

**Florin Gray Bouzas Owens, LLC, Counsel for Plaintiffs**

**Jesse I. Unruh, Counsel for Defendants**

**Jet Dot Law, PLCC, Counsel for Defendants**

**Bryan W. Bacheller, Defendant**

**Digital Concrete Imaging, Inc., Defendant**

2. The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of these proceedings: **None.**

3. The name of every other entity that is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases: **None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful in these proceedings, including every person who may be entitled to restitution: **Plaintiffs, Timothy Compoli and Corey Cardinal, allege they are entitled to restitution. Defendants deny that Plaintiffs are entitled to any restitution.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

DATED this 10th day of September, 2019.

    Respectfully submitted,
    JET DOT LAW, PLLC
    12249 Science Drive, Suite 155
    Orlando, Florida 32826
    By: *s/Jesse I. Unruh*
        Jesse I. Unruh, Esq.
        Florida Bar No. 93121
        jesse@jet.law

    Attorney for Defendants | DIGITAL CONCRETE IMAGING, INC. and BRYAN W. BACHELLER.

## CERTIFICATE OF SERVICE

    I hereby Certify that on this 10th day of September, 2019, the foregoing was electronically filed with the Court by using the Middle District of Florida's CM/ECF portal, which will send a notice of electronic filing to: Wolfgang M. Florian and Christopher D. Gray, 16524 Pointe Village Drive, Suite 100, Lutz, FL 33558 | wolfgang@fgbolaw.com, chris@fgbolaw.com.