UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMOTHY COMPOLI, et al.,

    Plaintiffs,

v.                                      CASE NO. 8:19-cv-1876-T-23CPT

DIGITAL CONCRETE
IMAGING, INC., et al.,

    Defendants.

                                   /

**ORDER**

1.    The parties must conform to the deadlines proposed in the case management report.

2.    The parties must adhere to Local Rule 3.06 and to the pretrial disclosure requirements in Rule 26(a)(3), Federal Rules of Civil Procedure.

3.    Under Local Rules 3.05(c)(2)(E) and 3.05(c)(3)(D), either a motion to amend a pleading or a motion to continue a hearing, the pretrial conference, or the trial is distinctly disfavored after issuance of this order.

4.    The parties must serve no more than twenty-five interrogatories, including sub-parts.

5.    The pretrial conference will occur before Magistrate Judge Christopher P. Tuite in Courtroom 12B, United States Courthouse, 801 North Florida Avenue, Tampa, on **AUGUST 13, 2020 at 11:00 A.M.**

A DISCOVERY DISPUTE FOR WHICH THE PARTIES
SEEK JUDICIAL RESOLUTION MUST BE
ADDRESSED AT OR BEFORE THE PRETRIAL
CONFERENCE, NOT AT TRIAL. THE PARTIES MAY
AGREE ON ANY DISCOVERY MATTER, BUT,
UNLESS ADDRESSED AT THE PRETRIAL
CONFERENCE, EACH PARTY ASSUMES THE RISK
OF NON-COMPLIANCE BY THE OTHER PARTY.

6.     The lead trial counsel must attend the pretrial conference.

7.     A **jury** trial will occur in Courtroom 15A, United States Courthouse,

801 North Florida Avenue, Tampa, during the **SEPTEMBER 2020** trial term.

8.     At least five days before the monthly trial term, the parties must file:

(a)     a trial brief with citations of authority and with
argument of the disputed issues likely to arise at
trial;

(b)     a concise (preferably one paragraph) joint
statement of the action for presentation to the
venire;

(c)     proposed jury instructions;

(d)     proposed verdict forms; and

(e)     proposed voir dire.

ORDERED in Tampa, Florida, on October 16, 2019.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE